UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LILIANA MONSERRATH CHONCOA MENDEZ,<br><br>      Plaintiff,<br><br> v.<br><br>CONNIE NOLAN et al.,<br><br>      Defendant. | Case No. C23-0688-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

  Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

  Dated this 12th day of May, 2023.

                        *S. Kate Vaughan*
                        S. KATE VAUGHAN
                        United States Magistrate Judge